**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

VINCENT ANTHONY CALLENDER,

Plaintiff,

v.

RILEY, *et al.*,

Defendants.

No. 1:25-cv-00849-KES-BAM (PC)

ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY FILING FEE

Doc. 16

Vincent Anthony Callender is a state prisoner proceeding pro se in this civil rights action. On June 30, 2026, the Court ordered Callender to pay the filing fee within thirty (30) days. Doc. 16. The Court warned Callender that failure to pay the required filing fee as ordered would result in dismissal. *Id.* at 3. The deadline expired, and Callender has not paid the filing fee. Without such payment, the action cannot proceed before the Court. *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022).

The Court ORDERS:

1. This action is dismissed without prejudice; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 12, 2026

UNITED STATES DISTRICT JUDGE